THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN ROBERT DEMOS, JR.,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Respondents. | CASE NO. C12-0929-JCC<br><br>ORDER DIRECTING CLERK TO RETURN DOCUMENTS AND TO STRIKE PENDING MOTIONS AS MOOT |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, to which no timely objection has been made, finds and Orders as follows:

1. The Court ADOPTS the Report and Recommendation (Dkt. No. 4);

2. The Clerk shall RETURN petitioner's recent submissions without filing them and STRIKE any pending motions as moot, *see Demos v. Stanley*, MC97-0031-JLW (W.D. Wash., March 13, 1997);

3. The Clerk shall send a copy of this Order to petitioner and to Judge Donohue.

DATED this 17th day of August 2012.

*/s/ John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE

PAGE - 1